**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>**Jessica Reese and David Moncada,**</u>
*on behalf of themselves*
*and all others similarly situated,*
    Plaintiffs

V.

CIVIL ACTION

NO. <u>1:</u> <u>22-cv-10539-ADB</u>

<u>**Progressive Direct Insurance Company**</u>
    Defendant

## <u>ORDER OF DISMISSAL</u>

<u>Burroughs, D. J.</u>

    In accordance with the Court's Memorandum and Order dated February 10, 2023 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                   By the Court,

<u>2/10/2023</u>                                    <u>/s/ Caetlin McManus</u>
    Date                                              Deputy Clerk